NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>DEL AMO HOSPITAL, INC. a California corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 8:18-CV-00475-DOC (DFM)<br><br>FINAL JUDGMENT<br><br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

On July 23, 2019, the Court called this case for trial. Plaintiff, C.L., appeared in person and through her attorneys and announced ready for trial. Defendant, Del Amo Hospital, Inc. appeared in person via a representative and through its attorneys and announced ready for trial. Plaintiff's name was not disclosed for confidentiality purposes.

1. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding.

2. The right to a jury trial was waived because Plaintiff C.L. withdrew all claims for damages and proceeded against Defendant Del Amo Hospital Inc. solely for injunctive equitable relief and attorney's fees.

3. The Court entered written findings of fact and conclusions of law after the trial of this matter.

4. Based on those findings of fact and conclusions of law, the Court orders that Plaintiff, C.L. take nothing by her suit and that Defendant, Del Amo Hospital, Inc. recover its costs from plaintiff.

6. The court orders execution to issue for this judgment.

7. The court denies all relief not granted in this judgment.

8. This is a FINAL JUDGMENT.

Date: September 9, 2019

_David O. Carter_____
Honorable David O. Carter
U.S.D.C., Central District of California