8:18-CV-00475-DOC (DFM)

Del Amo Hospital's Application to the Clerk to Tax Costs

Exhibit A



**First Legal Investigations**
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452
P.O. Box 59701
Los Angeles CA 90074-9701

TAX ID# 91-2199437

# INVOICE

| Invoice No | Customer No |
|---|---|
| 48209 | 96232 |
| Invoice Date | Total Due |
| 7/15/19 | 619.44 |

DUMMIT, BUCHHOLZ & TRAPP
101 W BROADWAY
SUITE 1400
SAN DIEGO, CA 92101

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No | Invoice No | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 96232 | 48209 | 7/15/19 | 619.44 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/08/19 | 373309 | SRV | DUMMIT,BUCHHOLZ & TRAPP    KRISTEN PARKER PSYD LCSW     PROCESS : 197.84 | | 619.44 |
| SURVEILLANCE SERVE | | | 101 W BROADWAY    24520 HAWTHORNE BLVD STE 110    SURVEIL : 380.00 | | |
| | | | SAN DIEGO   CA 92101    TORRANCE   CA 90505    MILEAGE : 41.60 | | |
| | | | Caller: Jami Northcutt | | |
| | | | 8.18.CV.00475 | | |
| | | | CL V DEL AMO | | |
| | | | LETTER; DIST SUBP - TESTIFY; ON CALL AGREEMENT | | |
| | | | SURVEILLANCE/SERVE | | |
| | | | Signed: SURVEILLANCE CONDUCTED    Ref: 14.6780 | | |

RECEIVED JUL 22 2019

Total 619.44

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Investigations**
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452
P.O. Box 59701
Los Angeles CA 90074-9701

TAX ID# 91-2199437

14.6780

DUMMIT, BUCHHOLZ & TRAPP
101 W BROADWAY
SUITE 1400
SAN DIEGO, CA 92101

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 48034 | 96232 |
| Invoice Date | Total Due |
| 6/30/19 | 592.41 |

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 96232 | 48034 | 6/30/19 | 592.41 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/27/19 SURVEILLANCE SERVE | 373209 | SRV | DUMMIT, BUCHHOLZ & TRAPP                 MICHAEL D FOUST MD<br>101 W BROADWAY                            540 N GOLDEN CIRCLE DR #211<br>SAN DIEGO       CA 92101                  SANTA ANA        CA 92705<br>Caller: Jami Northcutt<br>8.18.CV.00475<br>CL V DEL AMO<br>LETTER; DIST SUBP - TESTIFY; ON CALL AGREEMENT<br><br>SURVEILLANCE/SERVE<br>ADVANCE W/F $42.00<br>Signed: PERSONAL SERVICE          Ref: 14.6780<br><br>                    Invoice Amount:    550.41<br>                      Fees Advanced:     42.00<br>                 Total  Amount Due:    592.41 | PROCESS  : 137.61<br>SURVEIL  : 380.00<br>MILEAGE  :  28.60<br>ADV FEE  :  42.00<br>CHECK CHG:   4.20 | 592.41 |

RECEIVED JUL 08 2019

Total    592.41

OK mb

**INVOICE PAYMENT DUE UPON RECEIPT**