8:18-CV-00475-DOC (DFM)

Del Amo Hospital's Application to the Clerk to Tax Costs

Exhibit B

| ST44 Rev. 04/18 Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT For the Central District of California |
|---|---|

INVOICE NO.: 20190087

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Moira S. Brennan<br>DUMMIT BUCHHOLZ & TRAPP<br>101 West Broadway<br>Suite 1400<br>San Digo, CA 92101<br>(619) 231-7738<br>moira.brennan@dbtlaw.org | Debbie Gale<br>Federal Official Court Reporter<br>c/o U.S. District Court<br>411 West 4th Street, Room 1-053<br>Santa Ana, CA 92701<br>(714) 558-8141   Fax: (714) 558-8144<br>DebbieGaleCSR@gmail.com<br>Tax ID: 26-2631990 |

| _ CRIMINAL   X CIVIL | DATE ORDERED: 07-25-2019 | DATE DELIVERED: |
|---|---|---|

In the matter of: 18-CV-0475-DOC, C.L. v Del Amo Hospital, Inc.

```
DAILY Trial:
7/25/2019 D3V1 PDF (76)
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 76 | 7.26 | 551.76 | | | | | | | 551.76 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Transfer balance due to Invoice 20190088 | | | | | | | Misc. Charges | | -1.76 |
| | | | | | | | | Subtotal | | 550.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 08-02-2019 | | **Check:** 9009 | | | | | | Less Amount of Deposit | | 550.00 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s/Debbie Gale | DATE:<br>08-02-2019 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18  Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT  For the Central District of California |
|---|---|

INVOICE NO.: 20190088

**MAKE CHECKS PAYABLE TO:**

| Moira S. Brennan  DUMMIT BUCHHOLZ & TRAPP  101 West Broadway  Suite 1400  San Digo, CA 92101  (619) 231-7738  moira.brennan@dbtlaw.org | Debbie Gale  Federal Official Court Reporter  c/o U.S. District Court  411 West 4th Street, Room 1-053  Santa Ana, CA 92701  (714) 558-8141   Fax: (714) 558-8144  DebbieGaleCSR@gmail.com  Tax ID: 26-2631990 |
|---|---|

\_ CRIMINAL   X CIVIL    DATE ORDERED: 07-25-2019    DATE DELIVERED:

**In the matter of:** 18-CV-0475-DOC, C.L. v Del Amo Hospital, Inc.

```
DAILY Trial:
7/25/2019 D3V3
7/26/2019 D4V2
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | DEPOSIT (estimated amount - daily delivery) | | | | | | | Misc. Charges | | 1125.00 |
| | | | | | | | | **Subtotal** | | 1125.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 1125.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:  s/Debbie Gale | DATE:  07-29-2019 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the Central District of California | |
|---|---|---|
| | INVOICE NO.: 20190088 | |
| Moira S. Brennan<br>DUMMIT BUCHHOLZ & TRAPP<br>101 West Broadway<br>Suite 1400<br>San Digo, CA 92101<br>(619) 231-7738<br>moira.brennan@dbtlaw.org | **MAKE CHECKS PAYABLE TO:**<br>Debbie Gale<br>Federal Official Court Reporter<br>c/o U.S. District Court<br>411 West 4th Street, Room 1-053<br>Santa Ana, CA 92701<br>(714) 558-8141   Fax: (714) 558-8144<br>DebbieGaleCSR@gmail.com<br>Tax ID: 26-2631990 | |
| _ CRIMINAL      X CIVIL | DATE ORDERED: 07-25-2019 | DATE DELIVERED: |

In the matter of: 18-CV-0475-DOC, C.L. v Del Amo Hospital, Inc.

```
DAILY Trial:
7/25/2019 D3V3 PDF (118)
7/26/2019 D4V2 PDF (50)   TOTAL: 168
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 168 | 7.26 | 1219.68 | | | | | | | 1219.68 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Balance due from Invoice 20190087 | | | | | | | Misc. Charges | | 1.76 |
| | | | | | | | | Subtotal | | 1221.44 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 08-02-2019    **Check:** 9008 | | | | | | | | Less Amount of Deposit | | 1125.00 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 96.44 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s/Debbie Gale | DATE:<br>08-02-2019 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# Moira Brennan

| | |
|---|---|
| **From:** | PayPal <service@paypal.com> |
| **Sent:** | Sunday, August 4, 2019 11:31 AM |
| **To:** | Moira Brennan |
| **Subject:** | Your receipt for payment to Debbie Gale, CSR, Inc. |



You paid $96.44 USD to Debbie Gale, CSR, Inc.



Thanks for using PayPal, Moira Brennan

Create a PayPal account in just a few seconds so every checkout is a snap!



Activate PayPal Now

## Payment details

For your purchase on August 4, 2019

### Details

Payment to Debbie Gale for invoice PP-20190088                $96.44 USD

1

| | |
|---|---:|
| Subtotal | $96.44 USD |
| Total | $96.44 USD |

The transaction will appear on your statement as PayPal * PAYPAL *DEBBIE GALE

Moira Brennan

## PayPal: easy to get, easy to use

PayPal isn't just a convenient way to shop online. It's also an easy way to send money to anyone, across town or around the world.

**Activate PayPal Now**

**Receipt number**

0876-6029-3068-9991

Save this receipt in case you need to contact Debbie Gale, CSR, Inc. or PayPal customer service.

Invoice ID: INV2-ZCC2-C3V3-JV2V-Q26K

**Merchant details**
Debbie Gale, CSR, Inc.
debbiegalecsr@gmail.com
714-558-8141

**Customer Details**
Moira Brennan
moira.brennan@dbt.law



2

**Help** Center | Resolution Center | **Security** Center

Please do not reply to this email. To get in touch with us, click **Help & Contact**, or call 1 (888) 221-1161.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000885:1.67:c2c62c582c6c

```
                          I-N-V-O-I-C-E


     July 27, 2019

     Sharon Seffens
     U.S. District Courthouse
     411 West 4th Street, Room 1-053
     Santa Ana, CA  92701
     (714) 543-0870
     sseffens@earthlink.net
     Tax ID No.:  82-1358590



     Attn:   Moira Brennan
             Dummit Buchholz & Trapp

     In Re:  SACV-18-00475-DOC
             C.L. v. Del Amo Hospital


     Trial:  7/24/19 Vol. I
             (Continued Direct Examination of C.L.)
             120 pages @ $7.26


                         BALANCE DUE:    $871.20
```

                SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

DOROTHY BABYKIN
BABYKIN COURT HOUSE SERVICES
1218 VALEBROOK PLACE
GLENDORA CALIFORNIA 91740
(626) 963-0566

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/19 | 1985 |

ERNEST W. KLATTE, III
ATTORNEY AT LAW
KLATTE BUDENSIEK & YOUNG-AGRIESTI
100 BAYVIEW CIRCLE
SUITE 4500
NEWPORT BEACH, CA 92660

.MICHELLE PERCIAVALLE

| Date(s) of Proceedings | Services | Amount |
|---|---|---|
| 7/25/19<br>7/26/19 | PROCEEDINGS HELD IN THE UNITED STATES DISTRICT COURT BEFORE THE HONORABLE, DAVID CARTER,, UNITED STATES DISTRICT JUDGE<br><br>TRANSCRIPT: C.L. V. DEL AMO HOSPITAL<br><br>Pages 1-107, @7.26<br>Pages 1-74 @1.20<br><br>Paid by Credit Card | $ 776.82<br>88.80<br>$865.62 |
| | TOTAL AMOUNT: | |

COURTHOUSE SERVICES
1218 VALEBROOK PLACE
GLENDORA, CA 9174000000, US
6269630566

Store #1001262223

08/31/19 06:23:05 PM

MO/TO Sale

### Billing Address

Michelle Perciavalle

100 Bayview Circle  Suite 4500

Newport Beach, CA
92660

### Credit Card Information

| | |
|---|---|
| CREDIT CARD NUMBER: | Amex ....1051 |
| SWIPE CARD: | No |
| STATUS: | APPROVED - 248938 |
| ORDER NUMBER: | 1985 |
| PO NUMBER: | 1985 |

| Qty | Unit Cost | Extended Cost |
|---|---|---|
| 1 | 865.62 | 865.62 |
| | SUBTOTAL: | $865.62 |
| | TOTAL: | $865.62 |

I AGREE TO PAY ABOVE AMOUNT ACCORDING TO CARD ISSUER.

SIGNATURE X_____
          Michelle Perciavalle

**KLATTE, BUDENSIEK & YOUNG - AGRIESTI, LLP**
100 BAYVIEW CIRCLE
STE 4500
NEWPORT BEACH, CA 92660

2634

11-8166/3210
53

DATE 8/5/19

PAY TO THE ORDER OF Deborah Parker  $ 3,764 ⁷⁰⁄₁₀₀

Three thousand seven hundred sixty-four dollars and ⁷⁰⁄₁₀₀ DOLLARS

FIRST REPUBLIC BANK
Private Banking-Newport Beach
3991 MacArthur Blvd Suite 100
Newport Beach, CA 92660
Ph (888) 339-3088 / (800) 392-1407 (24hr Cust Serv)

TWO SIGNATURE REQUIRED FOR CKS OVER 1000

FOR 1258-017

⑆002634⑆ ⑆321081669⑆ 800009350731⑆

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20190059

**MAKE CHECKS PAYABLE TO:**

Michelle Perciavalle
Klatte Budensiek & Young-Agriesti
100 Bayview Circle
Suite 4500
Newport Beach, CA 92660

Phone: (949) 525-3977

DEBORAH D. PARKER, CSR 10342
Federal Official Court Reporter
411 West Fourth Street
Suite 1-053
Santa Ana, CA 92701-4516

Phone: (657) 229-4305

Tax ID: 26-2641482
transcripts@ddp.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 08-07-2019
DATE DELIVERED: 08-07-2019

Case Style: SACV 18-00475-DOC, C.L. v Del Amo Hospital, Inc.
Transcripts of Proceedings, July 23, 2019, Day 1, Volume I, 75PGS; July 24, 2019, Day 2, Volume II, 119PGS; July 26, 2019, Day 3, Volume II, 132PGS; Day 4, Volume I, 125PGS and Day 4, Volume II, 49PGS. Total Pages, 500.

| CATEGORY | ORIGINAL PAGES | ORIGINAL PRICE | ORIGINAL SUBTOTAL | 1ST COPY PAGES | 1ST COPY PRICE | 1ST COPY SUBTOTAL | 2ND COPY PAGES | 2ND COPY PRICE | 2ND COPY SUBTOTAL | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 500 | 1.20 | 600.00 | | | | 600.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 600.00

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

**Check No: 2634**   Deposit Date: 08-06-2019   LESS AMOUNT OF DEPOSIT: 3,764.70

**Check No: 1917**   Refund Date: 08-07-2019   TOTAL REFUND: 3,164.70

TOTAL DUE: $0.00

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Deborah D. Parker

DATE:

*(All previous editions of this form are cancelled and should be destroyed)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-0475-DOC-DFM         Date: August 1, 2019

Title: C.L. V. DEL AMO HOSPITAL INC. ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court heard a bench trial in the above-captioned case on July 23, 2019–July 26, 2019. The Court will now give the parties leave to submit revised, proposed Findings of Fact and Conclusions of Law. The parties are ORDERED to submit revised, proposed Findings of Fact and Conclusions of Law with specific citations to the record (i.e. transcripts, exhibits) for each Finding and each Conclusion, **on or before August 8, 2019.**

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk: djl