UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| C. L., an individual,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>DEL AMO HOSPITAL, INC., a California corporation and DOES, 1-10, inclusive,<br><br>    Defendants - Appellees. | No. 19-56074<br><br>D.C. No. 8:18-cv-00475-DOC-DFM<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered March 30, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Quy Le
            Deputy Clerk
            Ninth Circuit Rule 27-7