UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>DEL AMO HOSPITAL, INC. a California corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CASE NO. 8:18-CV-00475-DOC (DFMX)<br><br>FINAL JUDGMENT<br><br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

1. On July 23, 2019, the Court called this case for trial. Plaintiff, C.L., appeared in person and through her attorneys and announced ready for trial. Defendant, Del Amo Hospital, Inc. appeared in person via a representative and through its attorneys and announced ready for trial. Plaintiff's name was not disclosed for confidentiality purposes.

2. The right to a jury trial was waived because Plaintiff C.L. withdrew all claims for damages and proceeded against Defendant Del Amo Hospital Inc. solely for injunctive equitable relief and attorney's fees.

3. The Court entered written findings of fact and conclusions of law after the trial of this matter wherein the Court concluded that Plaintiff had failed meet her burden to establish that her dog, Aspen, qualified as service dog under the Americans with Disabilities Act.

4. Based on those findings of fact and conclusions of law, the Court ordered that Plaintiff, C.L. take nothing by her suit and that Defendant, Del Amo Hospital, Inc. recover its costs from Plaintiff.

5. The Court entered Final Judgment on September 9, 2019.

6. On September 11, 2019, Plaintiff appealed from the Court's entry of final judgment and on March 30, 2021, the Ninth Circuit vacated and remanded.

7. Specifically, the Ninth Circuit instructed the Court to reconsider two issues on remand: whether Aspen was a qualified service dog at the time of trial, and if Aspen is a service dog, whether Del Amo Hospital has proved its affirmative defense of fundamental alteration.

8. On May 3, 2021, the Court held a status conference with the parties. On May 28, 2021, Defendant Del Amo Hospital and Plaintiff C.L. filed their briefs on the two issues on remand.

9. On June 3, 2021, an additional status conference was held. On July 1, 2021, Defendant Del Amo Hospital and Plaintiff C.L. filed supplemental briefs on the two issues on remand.

10. After considering the parties' arguments, the Court entered written findings of fact and conclusions of law on September 3, 2021.

11. Based on those findings of fact and conclusions of law, the Court held that Plaintiff has met her burden to show by a preponderance of the evidence that Plaintiff's dog, Aspen, was a trained service dog at the time of trial in 2019.

12. Based on those findings of fact and conclusions of law, the Court further held Defendant Del Amo Hospital established its affirmative defense of

fundamental alteration and thus did not violate the Americans with Disabilities Act or the Unruh Civil Rights Act in relation to Plaintiff C.L.'s admissions to Del Amo Hospital's inpatient psychiatric facility.

13. Based on those findings of fact and conclusions of law, the Court orders that Plaintiff, C.L. take nothing by her suit and that Defendant, Del Amo Hospital, Inc. recover its costs from Plaintiff.

14. The court orders execution to issue for this judgment.

15. The court denies all relief not granted in this judgment.

16. This is a FINAL JUDGMENT.

DATED: October 21, 2021

*David O. Carter*

Honorable David O. Carter
U.S.D.C., Central District of California