Christopher H. Knauf, State Bar No. 185180
*ck@drlcenter.org*
Alexandra M. Robertson, State Bar No. 298637
*ar@drlcenter.org*
DISABILITY RIGHTS LEGAL CENTER
1541 Wilshire Blvd, Suite 400
Los Angeles, CA 90017
Tel: (213) 736-1031; Fax: (213) 736-1428

Jennifer E. Mathis, Admitted *Pro Hac Vice*
*jenniferm@bazelon.org*
BAZELON CENTER FOR MENTAL HEALTH LAW
1090 Vermont Avenue, NW, Suite 220
Washington, DC 20005
Tel: (202) 467-5730; Fax: (202) 223-0409

Celia McGuinness, Esq. (SBN 159420)
Anthony E. Goldsmith, Esq. (SBN 125621)
DERBY McGUINNESS & GOLDSMITH LLP
1999 Harrison St., Suite 1800
Oakland, CA  94612
Tel: (510) 987-8778; Fax: (510) 359-4419
Email: *info@dmglawfirm.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual;<br><br>          Plaintiff,<br><br>     v.<br><br>DEL AMO HOSPITAL, INC., a California corporation; and DOES 1 through 10,<br><br>          Defendants. | Case No.:  8:18-cv-00475-DOC (DFMx)<br><br>**NOTICE OF APPEAL** |

1  Notice is hereby given that Plaintiff C.L. appeals to the United States Court
2  of Appeals for the Ninth Circuit the United States District Court's order granting
3  final judgment to Del Amo Hospital, Inc., entered on October 22, 2021.

Dated: October 28, 2021  DISABILITY RIGHTS LEGAL CENTER
BAZELON CTR FOR MENTAL HEALTH LAW
DERBY, McGUINNESS & GOLDSMITH, LLP

  */s/ Christopher H. Knauf*
By: Christopher H. Knauf
Attorneys for Plaintiff