UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

C.L., an individual,

       Plaintiff,

  v.

DEL AMO HOSPITAL, INC.; and
DOES 1-10, inclusive,

       Defendants.

Case No.: 8:18-cv-00475-DOC (DFMx)

**SCHEDULING ORDER POST-REMAND**

Following the Status Conference held on June 26, 2023, the Court having considered the parties' joint report and requests, hereby orders as follows:

1. The parties shall be permitted limited discovery at the parties' reasonable discretion, to be completed no later than November 6, 2023;

2. The Court sets a Further Status Conference for November 6, 2023 at 9:30 a.m., in part to consider the parties' requests and the Court's need for live

-1-
SCHEDULING ORDER POST-REMAND

trial testimony to establish the evidentiary record as instructed by the Ninth Circuit in its April 4, 2023 order.

3. The parties' Opening Briefs addressing the issues are due no later than November 20, 2023.

4. The parties' Responsive Briefs are due no later than December 11, 2023.

5. The Court sets a tentative hearing date of January 8, 2024 at 8:30 AM for either hearing on the parties' briefing and/or the taking of live testimony.

**IT IS SO ORDERED**.

DATED: July 3, 2023

_David O. Carter_
_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE