JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>DEL AMO HOSPITAL, INC., a California corporation,<br><br>  Defendants. | CASE NO. 8:18-cv-00475-DOC (DFMx)<br><br>**PERMANENT INJUNCTION** |

Pursuant to this Court's Order re Mootness and Permanent Injunction (Dkt. No. 293), IT IS HEREBY ORDERED and DECREED that:

Defendant Del Amo Hospital Inc., including its officers and employees, are permanently restrained and enjoined from denying entry and accompaniment of Plaintiff C.L.'s service dog when C.L. is admitted for in-patient treatment. Del Amo Hospital shall forthwith distribute this Order to all current employees.

This injunction binds Defendant Del Amo Hospital Inc. and all other entities through which it may act.

This Order shall become effective immediately and shall remain in effect in perpetuity or until this Court orders otherwise.

Failure to comply with the terms of this Order may result in civil or criminal sanctions for contempt of this Court. The Court hereby retains jurisdiction to enforce all provisions of this Order. Any successful action or motion by Plaintiff to enforce this Order shall entitle Plaintiff to reasonable attorneys' fees and costs for such enforcement.

Pursuant to the Court's Order (Dkt. No. 293), Plaintiff is the prevailing party in this action. The Parties are hereby ordered to meet and confer in an effort to resolve Plaintiff's attorneys' fees and costs, and if a resolution is not forthcoming, Plaintiff shall file a motion seeking fees and costs no later than thirty (30) days following entry of this Order.

This Order may be modified only upon motion to the Court and for good cause shown.

IT IS SO ORDERED.

Date: May 6, 2024

*/s/ David O. Carter*
_____
Hon. David O. Carter
United States District Judge