# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF** CALIFORNIA, CENTRAL

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:18-cv-00475-DOC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/23/2018

Date of judgment or order you are appealing: 05/06/2024

Docket entry number of judgment or order you are appealing: 297

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Del Amo Hospital, Inc.

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ◯ No

If yes, what is the prior appeal case number? 21-56195

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Moira S. Brennan   **Date** 05/24/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Del Amo Hospital, Inc.

Name(s) of counsel (if any):

> Moira S. Brennan
> Dummit, Buchholz & Trapp

Address: 101 W. Broadway, Suite 1400; San Diego, CA 92101

Telephone number(s): 619-231-7738

Email(s): moira.brennan@dbt.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> C.L.

Name(s) of counsel (if any):

> Christopher H. Knauf
> Knauf Associates

Address: 3019 Ocean Park Blvd., Suite 170; Santa Monica, CA 90405

Telephone number(s): 669-275-1717

Email(s): ck@goodlaw.biz

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Del Amo Hospital, Inc.

Name(s) of counsel (if any):
Raul L. Martinez; LEWIS BRISBOIS

Address: 633 W. 5th Street, Suite 4000; Los Angeles, CA 90071
Telephone number(s): 213-680-5049
Email(s): Raul.Martinez@lewisbrisbois.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes  ☐ No

**Appellees**

Name(s) of party/parties:
C.L.

Name(s) of counsel (if any):
Celia McGuinness; Derby, McGuinness & Goldsmith LLP

Address: 1999 Harrison St., Suite 1800; Oakland, CA 94612
Telephone number(s): 510-987-8778
Email(s): cmcguinness@dmglawfirm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*