1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| C.L., an individual; | CASE NO. 8:18-cv-00475-DOC (DFMx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME FOR ATTORNEY'S FEES MOTION** |
| DEL AMO HOSPITAL, INC., a California corporation, | |
| Defendants. | |

18

19      The Court having considered the stipulation of the Parties, and for GOOD

20   CAUSE shown, it is hereby ordered: Plaintiff's deadline to file a motion for

21   attorney's fees and costs is hereby extended to June 26, 2024.

22

23   IT IS SO ORDERED.

24

25   Date: May 30, 2024

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge

26

27

28