UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual;<br><br>　　　　Plaintiff,<br>　　v.<br><br>DEL AMO HOSPITAL, INC., a California corporation,<br><br>　　　　Defendant. | Case No.: 8:18-cv-00475-DOC (DFMx)<br><br>**ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S ATTORNEY FEE MOTION AND DEFENDANT'S OPPOSITION**<br><br>Date:　　　August 5, 2024<br>Time:　　　8:30 a.m.<br>Judge:　　 Hon. David O. Carter |

　　　The Court, having considered the parties' joint stipulation and request to modify the deadlines and hearing schedule for Plaintiff's motion for attorneys' fees and costs, and finding good cause therefor, hereby modifies the parties' schedule as follows:

　　　1.　Plaintiff's motion and supporting documents shall be due on or before June 28, 2024.

2. Defendant's opposing documents shall be due on or before July 19, 2024.

3. Hearing on the motion shall be scheduled for August 5, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 26, 2024

_____
Hon. David O. Carter
Judge, U.S. District Court