UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L., an individual;<br><br>        Plaintiff,<br>    v.<br><br>DEL AMO HOSPITAL, INC., a California corporation,<br><br>        Defendant. | Case No.:  8:18-cv-00475-DOC (DFMx)<br><br>**ORDER ON MODIFICATION OF MOTION BRIEFING SCHEDULE AND STIPULATION**<br><br>**Hearing Date:**   **August 5, 2024**<br>**Time:**                **9:30 a.m.**<br>**Judge:**              **Hon. David O. Carter** |

The Court, having considered the parties' joint stipulation for modification of the briefing schedule and hearing dates, and for good cause shown, hereby orders as follows:

1. The hearing date currently set for August 5, 2024 on Plaintiff's motion for attorney's fees shall be continued to August 26, 2024 at 9:30 a.m.

2.  The parties shall meet, confer, and use their best efforts to agree upon a stipulated protective order regarding Plaintiff's billing records to be submitted to Defendant's proposed fee expert, Andre Jardini and KPC Legal Audit Services,

and submitted to the assigned Magistrate Judge for approval, no later than July 19, 2024.

    3. Defendant's opposition to Plaintiff's motion for attorney's fees shall be filed on or before August 2, 2024.

    4. Plaintiff's reply shall be filed on or before August 16, 2024.

IT IS SO ORDERED.

Dated: July 15, 2024

*David O. Carter* (signature)
_____
Hon. David O. Carter
Judge, U.S. District Court